No. 76–1606.   Consumers Union of United States, Inc., et al. v. Heimann, Superintendent of Banks of New York.   Appeal from D. C. S. D. N. Y.   Judgment vacated and case remanded for further consideration in light of *Hicklin* v. *Orbeck*, 437 U. S. 518 (1978).

No. 75–1723.   Muzquiz et al. v. City of San Antonio et al.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Monell* v. *Department of Social Services of City of New York*, 436 U. S. 658 (1978).

No. 76–1543.   United States v. Grasso.   C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *United States* v. *Scott*, 437 U. S. 82 (1978), and *Arizona* v. *Washington*, 434 U. S. 497 (1978).

No. 76–5224.   Thurston v. Dekle, Chairman, Civil Service Board, Jacksonville, Florida, et al.   C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Monell* v. *Department of Social Services of City of New York*, 436 U. S. 658 (1978).